**Order entered December 6, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01445-CR

### TRAVIS TYRELL MCGEE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82415-2015**

## ORDER

Before the Court is the State's December 4, 2018 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received on December 4, 2018 filed as of the date of this order.

/s/      CRAIG STODDART
             JUSTICE